IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES LEAR                              :
                                        :        CIVIL ACTION
        v.                              :
                                        :        NO. 16-1338
PHOENIXVILLE POLICE DEPT., ET. AL       :

**O R D E R**

**AND NOW**, this 5th day of May, 2017, upon consideration of Defendant Shawn Michinock's Motion for Summary Judgment (ECF No. 25), and Defendants Phoenixville Police Department, Borough of Phoenixville, Chief William J. Mossman, Officer Nicholas Heller, and Officer Thomas Hyland's Motion for Summary Judgment (ECF No. 26), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED** and judgment is entered in favor of Defendants and against Plaintiff.

IT IS SO ORDERED.

BY THE COURT:


*/s/ R. Barclay Surrick*
**U.S. District Judge**